FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2018 MAR -7 PM 4: 26

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL P. PISTORINO

CASE NO. 5:18-cr- 11-Oc-27PRL
18 U.S.C. § 641
18 U.S.C. § 1001

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about February 2014, and continuing through in or about February 2017, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL P. PISTORINO,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, child's insurance disability benefit payments made to the defendant as representative payee for his minor child, R. P., with intent to deprive the United States and the Social

Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

### COUNT TWO

On or about February 4, 2014, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL P. PISTORINO,

the defendant herein, did knowingly and willfully make a materially false statement in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Social Security Administration, by stating, in substance, that the defendant's minor child, R.P., was residing with the defendant and that the defendant was taking care of R.P.'s daily needs, in order for the defendant to qualify as representative payee for R.P.'s child's insurance disability benefit payments, when, as the defendant well knew, the minor child, R.P., was residing with the child's mother and the defendant was not taking care of the child's daily needs.

In violation of 18 U.S.C. § 1001.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: $54,732, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Dale R. Campion
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
March 18

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL P. PISTORINO

### INDICTMENT

Violations:
18 U.S.C. § 641
18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 7th day of March, 2018.

_____
Clerk

Bail $_____

GPO 863 525